FILED 15 MAY '23 15:12 USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

_______Portland___ Division

| | | |
|---|---|---|
| Xuebo Cui<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 3:23-cv-717-HZ<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) | |
| US Immigration and Customs Enforcement Portland Oregon<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Xuebo Cui |
| Street Address | 777 Commercial ST. NE |
| City and County | Salem, Marion County |
| State and Zip Code | Oregon 97301 |
| Telephone Number | 503-209-4255 |
| E-mail Address | Nicholas.Cui17099@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | US Immigration and Customs Enforcement Portland OR |
| Job or Title *(if known)* | |
| Street Address | 1220 SW 3rd Ave, Suite 300 |
| City and County | Portland, Multnomah County |
| State and Zip Code | Oregon 97204 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Excising the First Amendment Right: The inadequate border protection and customs law enforcement jeo pardised the local social order and public safety in Portand and Salem cities of Oregon. My civil rights are jeopardised while I Living in these areas.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______, is a citizen of the State of *(name)* ______.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________. Or is incorporated under the laws of *(foreign nation)* ______________, and has its principal place of business in *(name)* ______________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The inadequate border protection and Customs law enforcement jeopardised the local social order and public safety in portland and Salem Cities in oregon. My civil rights are jeopardised by potential illegal immigrants surge during the year 2022 - 2023 pandemic period. Additional description in attachment.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ICE Portland Oregon need to improve border protection law enforcement performance.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 12, 2023

Signature of Plaintiff: Cui Xuebo

Printed Name of Plaintiff: Xuebo Cui

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

United States of America
District Court of Oregon
Portland Division

## Complaint

Plaintiff: Xuebo Cui
Quetionee: U.S. Immigration and Customs Enforcement, Portland Oregon

**Condemnation:**
The CCP leaded Chinese government is responsible for the majority responsibility of the Climate Change, as the world largest carbon dioxide emitter; the economical disruption and supply chain issues, as the world largest producer; and is fully responsible for its internal chaos, genocide and loss of population during the past three years.

**Complaint against ICE Portland Oregon about Oregon illegal immigrants problems:**

I moved to Hillsboro, Oregon in April 2022 to seek potential semiconductor process engineer jobs. Since arriving at the city, the disorder of the society, losing basic law enforcement, irregular proceedings of court procedures etc. caused me a lot of trouble, and even life threats. I understood this situation as a consequence of the COVID pandemic and the United States internal conflicts induced by different groups of people.

These issues exposed a fundamental problem of the United States immigration system, which has led to instability of its population group; immigrants more than native borns etc. and less adequate educational and guidance followup to unify people's thinking.

We Americans do believe a diversified cultural background may be organized under the laws, and to provide communication and understanding to the world problems. But loss of its own population group stability induces National Security concerns.

Due to loss of income, I was placed on an Eviction Order by the Washington County Circuit Court and became homeless in Oct 2022. I moved to Portland downtown public shelter at the same time. Shelters were organized in the goal to remove me at my emergency without providing me with a reasonable explanation. As I understand, it could be for the purpose of reducing the time for illegal immigrants to leave the city. But I was clearly a well documented immigrant legally residing in the US. Then the identity of the attacker became a problem resulting from our broken legal immigration system.

Last week, May 5th, 2023, I moved to Salem, Oregon, the state capital, from Portland Downtown. I discovered the loss of population of the state capital. I see very few residents living in the neighborhoods nor shopping in grocery stores.

As an engineering professional, I do find the US has lost its industry production ability during the past 10 years. Climate change induced agricultural production deduction and farmland loss resulted in many residents losing jobs and homes. Disrupted social work system has made Americans have nowhere to go…… I am very sad to see this…..

I decided to sue the ICE Portland Oregon office for its irresponsibility and poor border enforcement performance during the past year and the resulted lost on my part.

Plaintiff: Xuebo Cui
Address: 777 Commercial St NE
Salem OR 97301
Email: Nicholas.Cui17099@gmail.com

Quetionee: US Immigration and Customs Enforcement Portland, Oregon
Address: 1220 SW 3rd Ave,
Suite 300,
Portland Oregon 97204

Plaintiff signature: Cui Xuebo
Plaintiff sign date: May 12, 2023

Reference for Discussion 2: Time Sequence of Incidents.

Memo of Incidents During April 2022-Oct 2022: [The document will not be deposited to the Court, but will serve as a memo and index for my Court Defense] [my engineering credentials will be deposited to the court]

Before April 2022:

1. The Defendant, I, Xuebo Cui arrived in the US at San Francisco International Airport on Aug 26, 2021.
2. Attending University of Delaware at Newark, Delaware during Aug 2021-Dec 2021.
3. Advisor Tingyi Gu terminated my student contract at the end of Sep 2021.
4. Losing income since Oct 2021.
5. Started preparing for Asylum Application in Oct. 2021 with Attorney Donald Gross.
6. Received Threats from unknown people (female) walking by my apartment (1308 Wharton Dr. Newark DE 19711) at the end of Nov. 2021. Reported to Delaware state trooper at White Clay State Park.
7. Withdraw from University of Delaware in Dec 2021.
8. Moved to Houghton,Michigan in Dec 2021.
9. Applied for Asylum Immigration with USCIS on Jan 19, 2022.
10. Received Facebook Threats from Le Lin (Michigan Tech alumus) at end of Jan 2022. Reported to Houghton Police.
11. ACS Biometric Sampled at Milwaukee WI on Feb 15, 2022.
12. Chicago Asylum Office interviewed on March 14, 2022.
13. Rear windshield of my Chevy Equinox 2015 was smashed by unknown people between March 15,2022-March 16, 2022. Reported to Houghton Police.

    [Three of the above mentioned police reports references were uploaded to USCIS and now in Possession of the US Immigration Court in Portland.]

14. Moved to Minneapolis/St. Paul MN and lived in hotels from the end of March 2022 to April 14, 2022 to wait for the Asylum Office decision on my Asylum Application.
15. Asylum Referral letter issued by Asylum Office on April 13, 2022

Moved to Hillsboro OR:

16. Moved to Hillsboro OR 97124 on April 16, 2022 (Started rental agreement with 3120 NE John Olsen Ave, Apt.24102 Hillsboro OR 97124). [By credit cards payment]
17. Experienced intensive noise in my apartment in earlier May 2022, reported to Hillsboro Police. Experienced trespassing and reported to the landlord, although no much valuable damage.
    (Domestic tension signified and very few businesses in operation in Hillsboro.)
18. Experienced noise (Shockwave) and Electromagnetic Wave attacks since May 2022 and situation escalated to life-threatening emergency in June 2022. Reported to Hillsboro Police by 911 reports.
    (At the time, international military tension with China intensified. See fighter jets patrolling everyday.)
19. Completely running out of funds, credit limits since later June 2022.



[Started to live with very limited food stock in my home]

20. Asylum Immigration Case transferred from Detroit MI to Portland OR on July 1, 2022.
21. Collected evidence of these attacks in my Hillsboro Apt. and reported to my lawyer Donald Gross and In-Person reported the incident to Hillsboro Police Department on July 7th, 2022. [Video clips and Photo evidence showing Electromagnetic Field Measurements in my Hillsboro Apt. were reported to Hillsboro Police by EMail and Online Professional Code Complaints form earlier than the date.] [Reported to an Asian Office at Hillsboro Police Department, suggested to drink more water… ] (One of my previous 911 reports transcript was requested from nicholas.cui@hotmail.com; online reports were also filed by this email address.)
22. Reported the emergency to the Immigration Court and Applied for Prompt Hearing on July 7th, 2022.
23. Complaint the Hillsboro Police to Oregon US District Court in earlier July 2022 ( "Cui v. Hillsboro Police". The case was withdrawn by the defendant later.)

The Defendant lost access to cellphone earlier July 2022. 484-475-4983. The Defendant is working with the FCC to recover the cellphone number now.

24. Reported the emergency again to the Immigration Court on July 25, 2022.
25. The Defendant received a further delayed Asylum Hearing schedule on July 26, 2022 from the Immigration Court in Portland.
26. On July 27, 2022 the Defendant went to the Immigration Court and argued with the court administrator; verbal conflicts with the Federal Protective Officer. Arrested and sent to OSHU Hospital. Hospital reported irregular heart algorithm and high Troponin value demonstrates heart damage.

[Received a small tax refund from the State of Delaware in earlier Aug 2022]

27. Received Eviction Hearing Summon from Washington County Circuit Court in the first half of Aug 2022.

The Defendant lost access to the internet since earlier Aug 2022.

28. Filed Counter Claim against Belkorp Inc. with Washington County Circuit Court after the first Eviction Hearing in later Aug 2022 to earlier Sep 2022.
29. Eviction trial at Washington County Circuit Court on Sep 23, 2022.
30. Continue working on discovering evidence and collecting evidence during Earlier July 2022 to Sep 2022. Including open drywall to check circuit. Illegal circuit not complying with National Electric Code discovered.
31. Discovered the landlord theft water from my apartment by branching out my main water pipe in Sep.
32. Complaint with Hillsboro Police while approaching Washington County Court Hearing on Sep 19, 2022 in-person [#WP222620595].

33. Experienced Electromagnetic attacks after returning from the Washington County Court Sep 23, 2022.
34. Conflicts with neighbors and arrested by Hillsboro Police and charged for unlawful use of weapon and menacing; sent to Providence St. Vincent Hospital. at 11pm Sep 23, 2022.
35. Oct 3rd, 2022 Checked out of Hillsboro Apt and moved to Portland Shelter Do Good Oct 3 to Oct 5; Transition Projects since Oct.5th.
36. Withdrawn "Cui V. Hillsboro Police" from US District Court in Oregon at the end of Oct 2022.
37. Nov.1st, 2022 settled financial disputes with Belcorp Inc. regarding rent delinquency and apartment drywall damage by Washington County Court Mediation.

File Name: Dec 20_2022 Testimony to the US District Court at Oregon-Portland Division - Google Docs.pdf

Quality Checked Feb 14, 2023

Exhibition 1

Sent to: ARpropdoc@ord.uscourts.gov at 8:50AM Dec 30, 2022

Individual Hearing (6)

# Testimony

Xuebo Cui

December 30, 2022

1. The Defendant denies the charge for my "loud noise" based on the fact that my action didn't actually obstruct others rights to access public services at the time nor jeopardizes others right in a harmful way.

2. The defendant, I, experienced attacks by unidentified personnels during my stay at my apartment [Address: 3120 NE John Olsen Ave, Apt.24102, Hillsboro OR 97124; referred as "Hillsboro Apt" in the following statement] and these crime activities have been reported to the Hillsboro Police for multiple times during June 2022 to September 2022 for Stalking, Intentional Harms, Trespassing. The reports ~~was~~ were made by the defendant by "911" reports, in-person reports at the Hillsboro Police Department and by filling online Crime and Professional Standards Complaint Report forms by using cellphone number 484-475-4983 and email address nicholas.cui@hotmail.com. One of the police record number in the defendant's possession is [#:wp222620595].The other in-person reports to the Hillsboro Police Department were made on the date of July 25, 2022 and September 19, 2022. also on July 7th, 2022 in the noon.

3. The defendant was attacked by using loud noise and Electromagnetic Radiation (frequency was found up to 120Hz; voltage across my body was found up to 0.7volt) during my stay at Hillsboro Apt during June 2022 to September 2022. The attacks have caused serious physical injury to the defendant. The diagnostic report provided by OSHU Hospital demonstrates the Defendant's Heart Rhythm changed since June 13, 2022 and also demonstrated the defendant's blood pressure dramatical raised to Fatal Condition after experiencing one of these attacks on the date of July 27, 2022. This is also the date the defendant was issued with Federal Violation Ticket (#9089045; Location code:OR45).

4. The Defendant is a Chinese National and an Asylum (① Persecution) Applicant with USCIS and US Immigration Court. The Defendant experienced unfair prosecution while I was in China and faced additional threats after my arrival to the US. The Federal Protective Service officer at the scene has an Asian appearance which indeed elevated my anger and self protective motivation.

5. On July 7th, 2022 and July 25th, 2022, the defendant filed two written pleadings to the Immigration Court at Portland to apply for a "prompt hearing" for my Asylum Immigration Application, due to the above stated threats I encountered. On July 27, 2022, due to escalated emergency threats I encountered at my Hillsboro apartment and further delayed immigration Hearing schedule, I went to the Immigration Court at Portland to complain with the Court Administrator. Escalated protesting behavior was used by me including yelling at the Court Administrator and Federal Protective Services officer.

My Copy

For Federal Violation Case #3:22-PO-637-1

Quality Checked Feb 14, 2023 ready for Court.

decision

6. The Defendant has the knowledge of the nature of an Asylum Application, and the sensitivity of its judgement timing and not seeking to go against the government at the court for the delayed Hearing schedule of my immigration petition A-231581696 with the US Immigration Court at Portland OR.

7. On September 23, 2022, the emergency threats to me happened again at my Hillsboro Apartment. I picked up a kitchen knife to defend myself on the sidewalk on the front of my Hillsboro Apt. The Hillsboro Police took me into custody and sent me to Providence St. Vincent Hospital.

8. The Hillsboro Police reported the defendant as a Mentally I11 Person and guarded the defendant to Providence St. Vincent Hospital(referred to as: "the hospital") for medical examinations on the date of September 23, 2022. The Emergency Department and Psychology Department of the Providence St. Vincent Hospital evaluated the defendant and delivered Reports concluding that the Defendant did not have mental illness at admission into the Hospital nor at the time of discharge. These reports also verified the attacks and harms the defendant experienced while I was in my apartment.

9. The defendant claimed that I have the Constitutional Right to defend myself and can lawfully use weapon in my possession while experiencing life threatening unlawful attacks. The defendant thus declined the allegations accused by the Hillsboro Police on the date of September 23, 2022 for charges 1. Menacing And 2. Unlawful use of a Weapon (Summons #:192619;Summons #:192620).

10. On October 26, 2022 the defendant received "No Complainted" Notice from the Washington County Circuit Court.

11. The defendant plead the Court for a "Not Guilty" judgment for my inappropriate behaviors used in emergency conditions on the date of July 27, 2022.

Cui Xuebo
Defendant

Dec 30, 2022
Date

Exhibition 12

High Blood Pressure 

High Blood Pressure Home

# High Blood Pressure Symptoms and Cau

## What is blood pressure?

Blood pressure is the pressure of blood pushing against the walls of your arteries. Arteries carry blood from your heart to other parts of your body.

Your blood pressure normally rises and falls throughout the day.

When
the ar
artery

## What do blood pressure numbers mean?

Blood pressure is measured using two numbers:

The first number, called *systolic* blood pressure, measures the pressure in your arteries wh

The second number, called *diastolic* blood pressure, measures the pressure in your arteries beats.

If the measurement reads 120 systolic and 80 diastolic, you would say, "120 over 80," or wri

My Copy

# What are normal blood pressure numbers?

A normal blood pressure level is less than 120/80 mmHg.[1]

No matter your age, you can take steps each day to keep your blood pressure in a healthy r

# What is high blood pressure (hypertension)?

High blood pressure, also called hypertension, is blood pressure that is higher than normal. throughout the day based on your activities. Having blood pressure measures consistently a diagnosis of high blood pressure (or hypertension).

The higher your blood pressure levels, the more risk you have for other health problems, su and stroke.

Your health care team can diagnose high blood pressure and make treatment decisions by diastolic blood pressure levels and comparing them to levels found in certain guidelines.

The guidelines used to diagnose high blood pressure may differ from health care professior

- Some health care professionals diagnose patients with high blood pressure if their blo mm Hg or higher.[2] This limit is based on a guideline released in 2003, as seen in the tal
- Other health care professionals diagnose patients with high blood pressure if their blo

| The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure (2003 Guideline)[2] | | The American College of Ca Association Guideline for t Evaluation, and Managem Adults (2017 Guideline)[1] |
|---|---|---|
| Normal | systolic: less than 120 mm Hg<br>diastolic: less than 80 mm Hg | Normal |



| | | |
|---|---|---|
| At Risk (prehypertension) | systolic: 120–139 mm Hg<br>diastolic: 80–89 mm Hg | Elevated |
| High Blood Pressure (hypertension) | systolic: 140 mm Hg or higher<br>diastolic: 90 mm Hg or higher | High blood pressure (hypertension) |

If you are diagnosed with high blood pressure, talk with your health care team about your b these levels affect your treatment plan.

## What are the signs and symptoms of high blood

High blood pressure usually has no warning signs or symptoms, and many people do not kr blood pressure is the only way to know whether you have high blood pressure.

## What causes high blood pressure?

High blood pressure usually develops over time. It can happen because of unhealthy lifestyl enough regular physical activity. Certain health conditions, such as diabetes and having obe developing high blood pressure. High blood pressure can also happen during pregnancy.

## Hypertension Complications

Blood vessel damage

(narrow and stiff blood vessel)



Normal vessel
Stroke
Heart attack
Kidney damage

You can manage your blood pressure to lower your risk for serious health problems th kidneys, and eyes.

## Stroke and Brain Problems

High blood pressure can cause the arteries that supply blood and oxygen to the brain to bu Brain cells die during a stroke because they do not get enough oxygen. Stroke can cause se movement, and other basic activities. A stroke can also kill you.

Having high blood pressure, especially in midlife, is linked to having poorer cognitive functic more about the link between high blood pressure and dementia from the National Institute campaign.

## Kidney Disease

Adults with diabetes, high blood pressure, or both have a higher risk of developing chronic k
these conditions.

## How do I know if I have high blood pressure?

There's only one way to know if you have high blood pressure: Have a doctor or other health professional measure it. Measuring your blood pressure is quick and painless.

Talk with your health care team about regularly measuring your blood pressure at home, also called self-measured blood pressure (SMBP) monitoring.

**Learn about conditions relat**

- Cholesterol
- Heart Disease
- High Blood Pressure During Pregr
- High Blood Pressure in Kids and T
- Pulmonary Hypertension
- Stroke

High blood pressure is called the "silent killer" because it usually has no warning signs or sy
know they have it.

## What can I do to prevent or manage high blood

Many people with high blood pressure can lower their blood pressure into a healthy range (

### Measure Your Blood Pressure

Learn how and why to get your blood pressure checked.

### Know Your Risk for High Blood Pressure

Find out what increases your risk for high blood pressure.

### P
Y

Le
he



  

## References

1. Whelton PK, Carey RM, Aronow, WS, Casey DE, Collins KJ, Himmelfarb CD, et al. 2017 ACC/AHA/AAPA/ABC/ACPM/AGS/APhA/ASH/ASPC/NMA/PCNA guideline for the prevent management of high blood pressure in adults: a report of the American College of Car Association Task Force on Clinical Practice Guidelines . *J Am Coll Cardiol.* 2018;71(1
2. National High Blood Pressure Education Program. *The Seventh Report of the Joint Nati Detection, Evaluation, and Treatment of High Blood Pressure* [PDF – 223K] . Bet and Blood Institute; 2003.

Last Reviewed: May 18, 2021

Exhibition 13

National Institutes of Health / National Library of Medicine

MedlinePlus
Trusted Health Information for You

Home → Medical Tests → Troponin Test

URL of this page: https://medlineplus.gov/lab-tests/troponin-test/

# Troponin Test

### What is a troponin test?

A troponin test measures the level of troponin in your blood. Troponin is a type of protein found in the muscles of your heart. Troponin isn't normally found in the blood. When heart muscles become damaged, troponin is sent into the bloodstream. As heart damage [https://medlineplus.gov/heartdiseases.html] increases, greater amounts of troponin are released in the blood.

If you have symptoms of a heart attack, call 911 immediately.

## What happens during a troponin test?

A health care professional will take a blood sample from a vein in your arm, using a small needle. After the needle is inserted, a small amount of blood will be collected into a test tube or vial. You may feel a little sting when the needle goes in or out. This usually takes less than five minutes.

## Will I need to do anything to prepare for the test?

You don't need any special preparations for a troponin test.

## Are there any risks to the test?

There is very little risk to having a blood test. You may have slight pain or bruising at the spot where the needle was put in, but most symptoms go away quickly.

## What do the results mean?

If your results show normal troponin levels for 12 hours after chest pain has started, it's unlikely that your symptoms were caused by a heart attack.

If even a small level of troponin is found in your blood, it may mean there is some damage to your heart. If high levels of troponin are found in one or more tests over time, it probably means you had a heart attack. Other reasons for higher than normal troponin levels include:

- Congestive heart failure [https://medlineplus.gov/heartfailure.html]
- Kidney disease [https://medlineplus.gov/kidneydiseases.html]
- Blood clot in your lungs [https://medlineplus.gov/pulmonaryembolism.html]

If you have questions about your results, talk to your health care provider.

Learn more about laboratory tests, reference ranges, and understanding results [https://medlineplus.gov/lab-tests/how-to-understand-your-lab-results/] .

## Is there anything else I need to know about a troponin test?

New studies show that a new type of troponin blood test may be able to identify people who are at greater risk for heart attacks before they even have symptoms. The test is able to detect very small amounts of troponin.

## References

References

1. American Heart Association [Internet]. Dallas (TX): American Heart Association Inc.; c2020. Predicting heart disease, stroke could be as easy as a blood test; 2019 Apr 29 [cited 2020 Aug 1]; [about 3 screens]. Available from: https://www.heart.org/en/news/2019/04/29/predicting-heart-disease-stroke-could-be-as-easy-as-a-blood-test [https://www.heart.org/en/news/2019/04/29/predicting-heart-disease-stroke-could-be-as-easy-as-a-blood-test]
2. Hinkle J. Cheever K. Brunner & Suddarth's Handbook of Laboratory and Diagnostic Tests. 2nd Ed. Kindle. Philadelphia:

Heart Failure Hospitalization, and Mortality in the ARIC Study. Circulation [Internet]. 2019 Jun 4 [cited 2020 Aug 1]; 139(23):2642-2653. Available from: https://pubmed.ncbi.nlm.nih.gov/31030544 [https://pubmed.ncbi.nlm.nih.gov/31030544]

4. Lab Tests Online [Internet]. Washington D.C.: American Association for Clinical Chemistry; c2001–2019. Troponin; [updated 2019 Jan 10; cited 2019 Jun 19]; [about 2 screens]. Available from: https://labtestsonline.org/tests/troponin [https://labtestsonline.org/tests/troponin]
5. Maynard SJ, Menown IB, Adgey AA. Troponin T or troponin I as cardiac markers in ischaemic heart disease. Heart; [Internet] 2000 Apr [cited 2019 Jun 19]; 83(4):371-373. Available from: https://heart.bmj.com/content/83/4/371 [https://heart.bmj.com/content/83/4/371]
6. National Cancer Institute [Internet]. Bethesda (MD): U.S. Department of Health and Human Services; NCI Dictionary of Cancer Terms: sensitivity; [cited 2020 Aug 1]; [about 3 screens]. Available from: https://www.cancer.gov/publications/dictionaries/cancer-terms/def/sensitivity [https://www.cancer.gov/publications/dictionaries/cancer-terms/def/sensitivity]
7. National Heart, Lung, and Blood Institute [Internet]. Bethesda (MD): U.S. Department of Health and Human Services; Blood Tests; [cited 2019 Jun 19]; [about 3 screens]. Available from: https://www.nhlbi.nih.gov/health-topics/blood-tests [https://www.nhlbi.nih.gov/health-topics/blood-tests]
8. National Heart, Lung, and Blood Institute [Internet]. Bethesda (MD): U.S. Department of Health and Human Services; Heart Attack: Know the symptoms. Take action.; 2011 Dec [cited 2019 Jun 19]; [about 4 screens]. Available from: https://www.nhlbi.nih.gov/files/docs/public/heart/heart_attack_fs_en.pdf [https://www.nhlbi.nih.gov/files/docs/public/heart/heart_attack_fs_en.pdf]
9. National Heart, Lung, and Blood Institute [Internet]. Bethesda (MD): U.S. Department of Health and Human Services; Signs, Symptoms, and Complications - Heart Attack - What Are the Symptoms of a Heart Attack?; [cited 2019 Jun 19]; [about 3 screens]. Available from: https://www.nhlbi.nih.gov/node/4280 [https://www.nhlbi.nih.gov/node/4280]
10. UF Health: University of Florida Health [Internet]. Gainesville (FL): University of Florida Health; c2019. Troponin test: Overview; [updated 2019 Jun 19; cited 2019 Jun 19]; [about 2 screens]. Available from: https://ufhealth.org/troponin-test [https://ufhealth.org/troponin-test]
11. University of Rochester Medical Center [Internet]. Rochester (NY): University of Rochester Medical Center; c2019. Health Encyclopedia: Troponin; [cited 2019 Jun 19]; [about 2 screens]. Available from: https://www.urmc.rochester.edu/encyclopedia/content.aspx?contenttypeid=167&contentid=troponin [https://www.urmc.rochester.edu/encyclopedia/content.aspx?contenttypeid=167&contentid=troponin]
12. UW Health [Internet]. Madison (WI): University of Wisconsin Hospitals and Clinics Authority; c2019. Health Information: Heart Attack and Unstable Angina: Topic Overview; [updated 2018 Jul 22; cited 2019 Jun 19]; [about 2 screens]. Available from: https://www.uwhealth.org/health/topic/special/heart-attack-and-unstable-angina/tx2300.html [https://www.uwhealth.org/health/topic/special/heart-attack-and-unstable-angina/tx2300.html]

**Show references**

Related Health Topics

Angina [https://medlineplus.gov/angina.html]

Chest Pain [https://medlineplus.gov/chestpain.html]

Emergency Medical Services [https://medlineplus.gov/emergencymedicalservices.html]

Heart Attack [https://medlineplus.gov/heartattack.html]

Heart Diseases [https://medlineplus.gov/heartdiseases.html]

Heart Diseases [https://medlineplus.gov/heartdiseases.html]

Heart Failure [https://medlineplus.gov/heartfailure.html]

Related Medical Tests

12/19/2022                                   Troponin Test: MedlinePlus Medical Test

How to Understand Your Lab Results [https://medlineplus.gov/lab-tests/how-to-understand-your-lab-results/]

The information on this site should not be used as a substitute for professional medical care or advice. Contact a health care provider if you have questions about your health.

Learn how to cite this page

National Library of Medicine 8600 Rockville Pike, Bethesda, MD 20894  U.S. Department of Health and Human Services

National Institutes of Health

Last updated September 9, 2021

https://medlineplus.gov/lab-tests/troponin-test/ 4/4